IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

Jan 09, 2023

| | | |
|---|---|---|
| United States of America, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 22-po-867-GLS |
| Richard Robertson, | * | |
| Defendant. | * | |

\* \* \*

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this <u>9th</u> day of January, 2023, hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Citation Under the Second Amendment (ECF No. 23) is **DENIED**.

2. The trial date for this case is hereby set as **May 16, 2023**.

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge