United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Richard Robertson** | No. 8:22-po-0867-AAQ |

**Notice of Appeal**

Notice is hereby given, pursuant to Local Rule 302(1) and Federal Rule of Criminal Procedure 58(g)(2), that Defendant Richard Robertson appeals to the United States District Court for the District of Maryland from the conviction, judgment, and sentence entered in this case, as well as all other adverse rulings and orders in this action.

Dated: July 4, 2023

1

Respectfully submitted,

James Wyda
Federal Public Defender

_____/s/_____
Rosana Chavez, #808049
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600
rosana_chavez@fd.org