# U.S. District Court
## for the
## District of Maryland (Greenbelt)

### The Honorable: Magistrate Judge Timothy J. Sullivan

## DISPOSITION SHEET

**Richard C Robertson**                    CASE NO: 8:22-po-00867-TJS

| | | | |
|---|---|---|---|
| Court date | 06/20/2023 | Court Time | 10:30 AM |
| Location | GREN | | |
| Counsel | Rosana E Chavez | Type Counsel | |
| Officer | | Date of Charge | 02/02/2022 |
| Setting | Bench Trial | AUSA | Nozmy |
| Comments | | | |

**Charges**: (DISPLAYING, PERMITTING TO BE DISPLAYED) REG. PLATE(S) ISSUED (FOR OTHER VEH, TO (09925729) (1)
**Offense**: MTA13-411(g)
**Citation #**: 09925729/MD39
**Disposition**: Dis
**Date Issued**: 04/04/2022
**Date Sat**:

**Charges**: CONTROLLED SUBSTANCE - POSSESSION (09925728) (2)
**Offense**: 21:844A=CP.M
**Citation #**: 09925728/MD39
**Disposition**: Dis
**Date Issued**: 04/04/2022
**Date Sat**:

**Charges**: USE/POSSESS FIREARMS, EXPLOSIVES, DANGEROUS MATERIALS W/INTENT USE AS WEAPONS (09925727) (3)
**Offense**: 45CFR3.42(g).P
**Citation #**: 09925727/MD39
**Disposition**: 30 days to Pay — Fine $345, SA $5, PF $30 = $380

14 days to Appeal